"O"

FILED
CLERK, U.S. DISTRICT COURT

JUN 1 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GILBERT TORRES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>LARRY SCRIBNER, Warden,<br><br>　　　　　Respondent. | Case No. 07-01188-DOC (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation, *de novo*. Further, Petitioner has not filed any Objections and the time for him to do so has expired.

　　　　IT IS ORDERED that:

　　　　1.　　The Report and Recommendation is approved and adopted.

　　　　2.　　Judgment shall be entered denying the Petition and dismissing this action with prejudice.

　　　　IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: ____June 12____, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE