ENTER/JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUN 1 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GILBERT TORRES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LARRY SCRIBNER, Warden,<br><br>　　　　Respondent. | Case No. 07-01188-DOC (AN)<br><br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: _____June 12_____, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 1 2 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY